SEAN P. NALTY  (SBN #121253)
DENNIS J. RHODES  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA and CIGNA COMPANIES LTD PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HICKS-COMBS,<br><br>         Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA COMPANIES LTD PLAN,<br><br>         Defendants. | Case No.: 108CV01217-LJO-SMS<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 83-146]**<br><br>Filed: August 15, 2008 |

The parties having stipulated that defendants CIGNA Group Insurance and Life Insurance Company of North America ("LINA") may have an extension to and including November 14, 2008 to answer or otherwise respond to the Complaint herein and that the extension does not exceed thirty (30) days,

IT IS SO ORDERED.

Dated: 10/31/2008           By:    /s/ Sandra M. Snyder
                                    Honorable Sandra M. Synder
                                    United States Magistrate Judge

1

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC EDCA No. 108CV01217-LJO-SMS
395827.1

PDF created with pdfFactory trial version www.pdffactory.com