IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE HICKS-COMBS, | CASE NO. CV F 08-1217 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 18.) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action with prejudice;

2. VACATES all pending matters, including the November 9, 2009 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 21, 2009**            /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1